440 A.2d 1241

Commonwealth v. Logan, Appellant.

Submitted May 21, 1981.   Benjamin S. Blakley, III, for appellant;   Thomas F. Morgan, District Attorney, for Commonwealth, appellee.

Before HESTER, DiSALLE and POPOVICH, JJ.

Judgment of sentence affirmed.

440 A.2d 1241

Commonwealth v. Madera, Appellant.

Submitted March 6, 1980.   Samuel L. Andes, for appellant; Joseph H. Kleinfelter, Deputy District Attorney, for Commonwealth, appellee.

Before CERCONE, P. J., and WATKINS and MONTGOMERY, JJ.

The judgment of sentence and order of the lower court is affirmed.